SAM BARTOLOTTA, Respondent, v. DELCO APPLIANCE CORPORATION, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. Memorandum: We find no abuse of discretion on the part of the Special Term in granting the part of the order from which the appeal is taken. All concur. (The portion of the order appealed from denies defendant's motion to require plaintiff to submit to the taking of a barium meal, as part of a physical examination before trial.) Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

CITY OF BUFFALO, Respondent, v. EDMUND P. COTTLE and Another, as Executors, etc., of OCTAVIUS O. COTTLE and Others, Appellants.— Judgment affirmed, with costs. All concur. (The judgment determines the tax liens of plaintiff to be superior to all other liens on certain lands, and directs a sale of the premises to satisfy said liens.) Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

DOROTHY I. HEIDERMAN, as Administratrix, etc., of HENRY F. HEIDERMAN, Deceased, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur, except Crosby, J., who dissents and votes for reversal on the facts and for granting a new trial. (The judgment is for plaintiff in a railroad negligence action. The order denies a new trial on the minutes.) Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MODESTO RODRIGUEZ, Appellant.— Judgment of conviction affirmed, under section 764 of the Code of Criminal Procedure. All concur. (The judgment convicts defendant of the crime of murder, second degree.) Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.